# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

OREN H. JONES                                                                                                    PLAINTIFF

v.                                          No. 5:11CV00259 JLH

EVERGREEN PACKAGING, INC.                                                                        DEFENDANT

## ORDER

Evergreen Packaging, Inc., filed a motion to compel on March 14, 2012. On March 16, 2012, Oren H. Jones filed a response in which he stated that he had provided complete responses to the discovery requests, so the motion to compel was moot. Evergreen Packaging, Inc., has not replied. The motion to compel is therefore denied as moot. Document #17.

IT IS SO ORDERED this 29th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE