**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

OREN H. JONES                                                                                          PLAINTIFF

v.                                            No. 5:11CV00259 JLH

EVERGREEN PACKAGING, INC.                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Evergreen Packaging, Inc. This action is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE