**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

OREN H. JONES                                                                                           PLAINTIFF

v.                                           NO. 5:11CV00259 JLH

EVERGREEN PACKAGING, INC.                                                                 DEFENDANT

## ORDER

The amended final scheduling order set this matter for trial sometime during the week of August 3, 2015, in Pine Bluff, Arkansas. The Court has determined that the jury trial will begin at **9:15 A.M., on MONDAY, AUGUST 3, 2015**, in Courtroom #3602, George Howard, Jr. Federal Building and United States Courthouse, 100 East 8th, Pine Bluff, Arkansas. Counsel and parties should be present by 8:30 A.M.

IT IS SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE